FILED _____ ENTERED
LODGED _____ RECEIVED

MAR 2 7 2025

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

In Re DMCA Subpoena to
Hostinger, UAB

Case No. 25-mc-153

### REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO HOSTINGER, UAB PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGER

Petitioner Canadian National Railway Company (together with its subsidiaries, "CN"), by counsel, hereby requests that the Clerk of this Court issue a subpoena to Hostinger, UAB ("Hostinger") to identify the alleged infringer(s) at issue pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena"). The proposed Section 512(h) Subpoena is attached hereto as Exhibit A.

The proposed Section 512(h) Subpoena is directed to Hostinger, the host for the domain names cn-ca.site, cn-ca2.site, cn-ca22.site, cn-ca23.site, and cn-ca24.site ("Subject Domain Names"). The owner and operator(s) of the Subject Domain Names have used the domains to infringe one or more copyrights owned by CN. CN has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h):

(1)     CN has submitted a copy of the notification sent pursuant to 17 U.S.C. § 512(c)(3)(A) as Attachment 1 to the attached Declaration of David E. Weslow dated March 26, 2025 ("Weslow Decl."). Ex. B.

(2)     CN has submitted the proposed Section 512(h) Subpoena attached hereto as Exhibit A; and

(3)     CN, through its counsel of record, has submitted a sworn declaration confirming that the purpose for which the Section 512(h) Subpoena is sought is to obtain

the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting CN's rights under Title 17 of the United States Code. *See* Weslow Decl. ¶ 5.

Having complied with the statutory requirements, CN respectfully requests that the Clerk expeditiously issue and sign the proposed Section 512(h) Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it for service to Hostinger.

Respectfully submitted,

/s/ David E. Weslow /s/
David E. Weslow
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
(202)719-7000 - phone
dweslow@wiley.law

*Counsel for Canadian National Railway Company*

2