# EXHIBIT B



MAR 2 7 2025

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| In Re DMCA Subpoena to<br>Hostinger, UAB | Case No. _25-mc-153_ |

### DECLARATION OF DAVID E. WESLOW

I, David E. Weslow, counsel of record for Canadian National Railway Company ("CN") in the above-referenced matter, hereby declare as follows:

1.    I am a partner at Wiley Rein LLP and licensed to practice law in the State of Maryland and the District of Columbia.

2.    I am authorized to act on behalf of CN.

3.    I submit this declaration in support of CN's request for issuance to Hostinger, UAB ("Hostinger") of a subpoena pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena"), to identify Hostinger's customer(s) in relation to the Internet domain names cn-ca.site, cn-ca2.site, cn-ca22.site, cn-ca23.site, and cn-ca24.site.

4.    Pursuant to 17 U.S.C. § 512(c)(3)(A), CN submitted a notification to Hostinger identifying the infringing content transmitted by the aforementioned user(s) and providing the information required by 17 U.S.C. § 512(c)(3)(A). A true and accurate copy of the submitted notification is attached hereto as Attachment 1.

5.    The purpose for which this Section 512(h) Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting CN's rights under Title 17 of the United States Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2025.

David E. Weslow