# Attachment 1

David E. Weslow
202.719.7525
dweslow@wiley.law



Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
Tel:  202.719.7000

November 22, 2024

**BY EMAIL**

**wiley.law**

Hostinger, UAB
Jonavos str. 60C, 44192
Kaunas, Lithuania
abuse@hostinger.com

Re:  Notice of Infringement: Cn-ca2.site

Dear Sir or Madam:

We are counsel to Canadian National Railway Company (together with its subsidiaries, "CN"). This letter is a notification and request concerning the unlawful impersonation of CN by the Cn-ca2.site website (the "Infringing Site"), for which Hostinger appears to be providing domain name registration and hosting services.

CN is the owner of a number of trademarks, including CN, CN WORLDWIDE, CN NORTH AMERICA'S RAILROAD, AND CN LE CHEMIN DE FER DE L'AMERIQUE DU NORD (collectively, the "CN Marks").  CN uses these marks in association with its business as one of the leading North American transportation and logistics companies.  CN has exclusively used and actively promoted the CN Marks for many years and has invested considerable time and money establishing exclusive proprietary rights in the CN Marks.  The CN Marks are covered by, for example, U.S. Registration Nos. 2225259, 3491010, 3698988, 3665105, 3074993, and 2852270.  The CN Marks are also covered by several registrations in Canada including, for example, Canadian Registration Nos. TMA134314, TMA680241, TMA583589, and TMA574612.

The use of the CN Marks by someone other than CN or its licensees is likely to confuse consumers as to the origin of the products bearing these marks and whether such products originate from or, are associated with, CN.  Because CN has exclusive rights to the CN Marks, it is unlawful to use the CN Marks without CN's authorization.

It has been brought to CN's attention that the website located at Cn-ca2.site is using the CN Marks without authorization to impersonate CN as shown by the screen capture below:

Hostinger, UAB
November 22, 2024
Page 2





**Leading North American Transportation and Logistics Company, CNR**

With nearly 100 years of history behind us, we transport goods worth over C$250 billion annually. Our operations extend beyond rail transport. We've launched an investment project for all Canadians, enabling them to earn from transportation and logistics services up to C$12,000 per month

**REGISTRATION**

We are formally notifying you of Hostinger's customer's infringing misconduct and requesting that you disable hosting and domain registration services in connection with Cn-ca2.site. With express notice that a customer is misusing your services to conduct activities in violation of the law, and in violation of your Terms of Service, we expect that you are able to make a reasonable determination to deny further services for Cn-ca2.site.

Given the unlawful use of the domain name to display the Infringing Site, as reflected in the information we have provided herein, we note that Hostinger is required to "promptly take the appropriate mitigation action(s) that are reasonably necessary to stop, or otherwise disrupt, the

Hostinger, UAB
November 22, 2024
Page 3


Registered Name from being used for DNS Abuse." See, e.g., Section 3.18.2 of the ICANN 2013 Registrar Accreditation Agreement ("RAA"). Failure to comply with the anti-abuse provisions in the RAA often subjects registrars to enforcement by ICANN Compliance. See ICANN Org's Multifaceted Response to DNS Abuse, https://www.icann.org/en/blogs/details/icann-orgs-multifaceted-response-to-dns-abuse-20-4-2020-en.

I have a good faith belief that use of the material in the manner complained of is not authorized by the intellectual property owner, its agent, or the law. To the best of my knowledge, and under penalty of perjury, the information contained in this letter is accurate and I am authorized to act on behalf of CN as described above.

If you have any questions concerning the foregoing, please do not hesitate to contact me. This letter does not prejudice CN's rights, remedies, claims, and defenses related to this matter, which are hereby expressly reserved.

Sincerely,

David E. Weslow
*Counsel for Canadian National Railway Company*