Elisabeth Patterson
Paralegal
202.719.3361
epatterson@wiley.law





Wiley Rein LLP
2050 M St NW
Washington, DC 20036
Tel: 202.719.7000

**wiley.law**

March 26, 2025

**VIA FEDEX**

FILED _____ ENTERED
LODGED _____ RECEIVED

MAR 2 7 2025

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                               DEPUTY

Clerk of the Court
United States District Court for the District of Maryland, Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:    *In Re DMCA Subpoena to Hostinger, UAB*

To the Clerk of the Court:

Enclosed please find courtesy copies of Petitioner Fox News Network, LLC's:

- Notice of Copyright Infringement and Request Letter;

- Request to the Clerk for Issuance of Subpoena;

- Proposed Subpoena to Produce Information;

- Declaration of Mr. Weslow in support of the issuance of the Subpoena;

- CD containing the four documents listed above; and

- A check in the amount of $52.00.

If you have any questions, please do not hesitate to contact me.

Best regards,

*/s/ Elisabeth Patterson*
Elisabeth Patterson

Enclosures