

Align top of FedEx Express® shipping label here.

PEEL HERE

Align bottom of peel-and-stick airbill or pouch here.

ORIGIN ID:BZBA (202) 719-7000
MARYANN XUE
WILEY REIN LLP
2050 M STREET NW

WASHINGTON, DC 20006
UNITED STATES US

SHIP DATE: 26MAR25
ACTWGT: 6.60 LB
CAD: 102065/SSXNET4535

BILL SENDER

TO **CLERK OF COURT**
**USDC FOR THE DISTRICT OF MARYLAND**
**6500 CHERRYWOOD LANE**

**GREENBELT MD 20770**
(301) 344-0660        REF: 85239-0038

FedEx Express

E

THU - 27 MAR 5:00P
STANDARD OVERNIGHT

TRK# 8800 8960 0490

20770

**18 GBOA**        MD-US BWI

664-7051

MAR 27 2025